# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2335
LT Case No. 35-1995-CF-123-A

_____

TRODD OKEKA BUGGS a/k/a Trod
Okeka Buggs,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.853 Appeal from the Circuit Court for Lake County.
James R. Baxley, Judge.

Dan Ripley, of Ripley Law, PLLC, Pinellas Park, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Rebecca
Rock McGuigan, Assistant Attorney General, Daytona Beach, for
Appellee.


May 19, 2026


PER CURIAM.

    AFFIRMED.


EDWARDS, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____